FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL - 8 2011

CENTRAL DISTRICT OF CALIFORNIA
BY Shy            DEPUTY

ENTER/JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TYRANT WALKER,<br><br>    Petitioner,<br><br>    v.<br><br>TIMOTHY E. BUSBY, Warden,<br><br>    Respondent. | Case No. CV 07-02834 ABC (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Court's corresponding Order.

DATED: July 7, 2011

_____
AUDREY B. COLLINS
CHIEF JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL - 8 2011

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY